IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:CR-06-199 |
| v. | : (Judge Conner) |
| JAIME CARDENAS-BORBON, | : |
| GABRIEL RIVERA-GIL, | : |
| AMAURIS SANCHEZ, | : |
| JAIME PEREZ AKA "JIMMY", | : |
| PEDRO RIVERA AKA "P-DIDDY", | : |
| EDWIN LUGO-GONZALEZ AKA "SOCIO" | : |
| AKA EDGARDO PIZZARRO-RIVERA, | : |
| GERMAN RIVERA AKA "EDDIE", "PEPE", | : |
| "L", AND "MINNIE", AND "LUCITO" | : |
| JAMES BROWN, | : |
| JIMMY ORTIZ-RIVERA, | : |
| ANTONIO AVILA, | : |
| FERNANDO BELTRAN AKA VICTOR | : |
| ESPINOZA, | : |
| SANDRA COLLAZO-MEDINA, | : |
| JORGE TORRES AKA "MOYO", | : |
| PETER DIAZ, | : |
| HARRY DELGADO, | : |
| PABLO BELTRAN AKA "CANO" | : |
| AKA "CANITO", | : |
| NATHANIEL SANCHEZ AKA "NATA", | : |
| EDWARD RIVERA, | : |
| JOEY MUNOZ, AND | : |
| TELLIN CINTRON | : |

FILED
HARRISBURG PA

JAN 11 2007

MARY E. [illegible]
Per _____
       Deputy Clerk

### SUPERSEDING INDICTMENT
### COUNT 1
(Criminal Conspiracy to Distribute and PWID Cocaine
Hydrochloride, Crack Cocaine, and Marijuana)

**THE GRAND JURY CHARGES THAT:**

Beginning in approximately 2003, and continuing through on or about December, 2006, in Lancaster County, Dauphin County, York County, and Lebanon County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendants, **JAIME**

CARDENAS-BORBON, GABRIEL RIVERA-GIL, AMAURIS SANCHEZ, JAIME PEREZ, PEDRO RIVERA, EDWIN LUGO-GONZALEZ, GERMAN RIVERA, JAMES BROWN, JIMMY ORTIZ-RIVERA, ANTONIO AVILA, FERNANDO BELTRAN, SANDRA COLLAZO-MEDINA, JORGE TORRES, PETER DIAZ, HARRY DELGADO, PABLO BELTRAN, NATHANIEL SANCHEZ, EDWARD RIVERA, JOEY MUNOZ, AND TELLIN CINTRON, and others both known and unknown to the Grand Jury did intentionally and knowingly unlawfully combine, conspire, and confederate and agree with each other and with others both known and unknown to the Grand Jury, to manufacture, distribute and possess with the intent to manufacture and distribute five kilograms and more of cocaine hydrochloride, 50 grams and more of cocaine base a/k/a "crack" cocaine, and marijuana, Schedule 1 and II controlled substances.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
### (Distribution and PWID Cocaine Hydrochloride)

THE GRAND JURY FURTHER CHARGES THAT:

Beginning in approximately 2003, and continuing through on or about December, 2006, in Lancaster County, Dauphin County, York County, and Lebanon County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendants, **JAIME CARDENAS-BORBON, GABRIEL RIVERA-GIL, AMAURIS SANCHEZ, JAIME PEREZ, PEDRO RIVERA, EDWIN LUGO-GONZALEZ, GERMAN RIVERA, JAMES BROWN, JIMMY ORTIZ-RIVERA, ANTONIO AVILA, FERNANDO BELTRAN, SANDRA COLLAZO-MEDINA, JORGE TORRES, PETER DIAZ, HARRY DELGADO, PABLO BELTRAN, NATHANIEL SANCHEZ, EDWARD RIVERA, JOEY MUNOZ, AND TELLIN CINTRON**, aided abetted by others known and unknown to the Grand Jury, did intentionally and knowingly unlawfully manufacture, distribute and possess with the intent to manufacture and distribute five kilograms and more of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 3
### (Distribution and PWID Crack Cocaine)

**THE GRAND JURY FURTHER CHARGES THAT:**

Beginning in approximately 2003, and continuing through on or about December, 2006, in Lancaster County, Dauphin County, York County, and Lebanon County, Pennsylvania, within the Middle District of Pennsylvania and elsewhere, the defendants, **AMAURIS SANCHEZ, JAIME PEREZ, PEDRO RIVERA, EDWIN LUGO-GONZALEZ, GERMAN RIVERA, JIMMY ORTIZ-RIVERA, SANDRA COLLAZO-MEDINA, JORGE TORRES, HARRY DELGADO, PABLO BELTRAN, NATHANIEL SANCHEZ, EDWARD RIVERA, AND JOEY MUNOZ**, aided abetted by others known and unknown to the Grand Jury, did intentionally and knowingly unlawfully manufacture, distribute and possess with the intent to manufacture and distribute 50 grams and more of cocaine base a/k/a "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT 4
### (Forfeiture)

**THE GRAND JURY FURTHER CHARGES THAT:**

In committing the felony offenses charged in Counts 1 and 2 of the Indictment, which counts are re-alleged and incorporated by reference, the defendants, **JAIME CARDENAS-BORBON, GABRIEL RIVERA-GIL, AMAURIS SANCHEZ, JAIME PEREZ, PEDRO RIVERA, EDWIN LUGO-GONZALEZ, GERMAN RIVERA, JAMES BROWN, JIMMY ORTIZ-RIVERA, ANTONIO AVILA, FERNANDO BELTRAN, SANDRA COLLAZO-MEDINA, JORGE TORRES, PETER DIAZ, HARRY DELGADO, PABLO BELTRAN, NATHANIEL SANCHEZ, EDWARD RIVERA, JOEY MUNOZ, AND TELLIN CINTRON**, derived the below described property which constituted or was derived from proceeds that the defendants, **JAIME CARDENAS-BORBON, GABRIEL RIVERA-GIL, AMAURIS SANCHEZ, JAIME PEREZ, PEDRO RIVERA, EDWIN LUGO-GONZALEZ, GERMAN RIVERA, JAMES BROWN, JIMMY ORTIZ-RIVERA, ANTONIO AVILA, FERNANDO BELTRAN, SANDRA COLLAZO-MEDINA, JORGE TORRES, PETER DIAZ, HARRY DELGADO, PABLO BELTRAN, NATHANIEL SANCHEZ, EDWARD RIVERA, JOEY MUNOZ, AND TELLIN CINTRON**, derived directly or indirectly as the result of the commission of such offenses, and the property listed below constitutes and is derived from property involved in the commission of such offenses, and constitutes substitute assets:

1) Cash in the amount of $182,720 seized from Room 147, Days Inn, Lancaster, Pennsylvania;

2) Cash in the amount of $3,212 seized from Gabriel Rivera-Gil;

3) A 2005 Chevrolet Trailblazer, VIN # 1GNDS13S852340854, registered to Guadalupe Rivera;

4) The business known as K&A Appliance, including equipment, inventory, and assets, located at 149-151 East King Street, Lancaster, PA 17602;

5) Real property located at 200 New Street, Millersville, PA;

6) Real property located at 508½ Woodward Street, Lancaster, PA;

7) Real property located at 729 South Lime Street, Lancaster, PA;

8) Real property located at 133 Greenland Circle, Lancaster, PA;

9) Real property located at 54 Oakridge Drive, Lancaster, PA;

10) $94,400 seized from a maroon Chevrolet Tahoe SUV on December 6, 2006;

11) $52,320 seized from 113 East Clay Street, Lancaster, PA, on December 6, 2006;

12) $9,370 seized from a 2545 Valley Road, Lancaster, PA, on December 12, 2006;

13) $8,990 seized from 54 Oakridge Drive on December 12, 2006;

14) $14,700 seized from 2268 Bob White Lane, Lancaster, PA, on December 6, 2006;

15) $30,010 seized from 133 Greenland Drive, Lancaster, PA, on December 6, 2006;

registration EVE 8768, on December 6, 2006;

17) Jewelry valued at $41,124 seized from 113 East Clay Street, Lancaster, PA, on December 6, 2006;

18) Jewelry valued at $14,045 seized from 2545 Valley Drive, Lancaster, PA, on December 12, 2006;

19) A money judgment in the amount of $7.2 million;

20) Approximately $150,000 seized from 229 South Marshal Street, Lancaster, PA, on January 10, 2007.

By virtue of the commission of the offenses charged in Counts 1 and 2 of this indictment by the defendants, **JAIME CARDENAS-BORBON, GABRIEL RIVERA-GIL, AMAURIS SANCHEZ, JAIME PEREZ, PEDRO RIVERA, EDWIN LUGO-GONZALEZ, GERMAN RIVERA, JAMES BROWN, JIMMY ORTIZ-RIVERA, ANTONIO AVILA, FERNANDO BELTRAN, SANDRA COLLAZO-MEDINA, JORGE TORRES, PETER DIAZ, HARRY DELGADO, PABLO BELTRAN, NATHANIEL SANCHEZ, EDWARD RIVERA, JOEY MUNOZ, AND TELLIN CINTRON,** any and all right, title and interest the defendants may have had in the above-described property is vested in the United States and is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Section 982 and Title 21, United States Code, Section 853.

In the event that any of the property involved in the offenses alleged in Counts 1 and 2 or traceable to such property, or any other property constituting or derived from proceeds of such offenses, as a result of any act or omission of any of the defendants:

a) cannot be located upon exercise of due diligence;

b) has been transferred, sold to, or deposited with a third party;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty,

the United States demands the forfeiture of other property of the defendants up to the value of the property listed above, pursuant to Title 21, United States Code, Section 853 (p).

## COUNT 5
### (Felon in Possession)
### (Peter Diaz)

**THE GRAND JURY FURTHER CHARGES THAT:**

Beginning in approximately October, 2006, and continuing through on or about December 12, 2006, in Lancaster County, Dauphin County, York County, and Lebanon County, within the Middle District of Pennsylvania and elsewhere, the defendant, **PETER DIAZ**, having previously been convicted in the Lancaster County Court of Common Pleas in Number 1741 C.A. 1991, on April 3, 1991, of murder, a crime punishable by imprisonment for a term exceeding one year, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess, in and affecting commerce, firearms; that is, a Springfield Armory, Model XD, .45 caliber pistol, serial number US604808, and ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1) and Section 2.

## COUNT 6
### (Felon in Possession)
### (Edwin Lugo-Gonzalez)

**THE GRAND JURY FURTHER CHARGES THAT:**

Beginning in approximately October, 2006, and continuing through on or about December 12, 2006, in Lancaster County, Dauphin County, York County, and Lebanon County, within the Middle District of Pennsylvania and elsewhere, the defendant, **EDWIN LUGO-GONZALEZ**, having previously been convicted in the Lancaster County Court of Common Pleas, in Number 3029 C.A. 1996, on August 2, 1996, of two counts of delivery of drugs and possession of drugs with intent to deliver, crimes punishable by imprisonment for a term exceeding one year, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess, in and affecting commerce, firearms; that is, numerous rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1) and Section 2.

## COUNT 7
### (Possession of a Firearm in Furtherance of Drug Trafficking)
### (Jimmy Ortiz-Rivera)

**THE GRAND JURY FURTHER CHARGES THAT:**

Beginning at a time unknown to the Grand Jury and continuing through on or about November 7, 2006, in Lancaster County, Dauphin County, York County, Lebanon County, within the Middle District of Pennsylvania and elsewhere, the defendant, **JIMMY ORTIZ-RIVERA**, and others known and unknown to the Grand Jury, aided and abetted by each other, did possess, use, and carry a firearm in furtherance of and during and in relation to drug trafficking crimes for which they may be prosecuted in a court of the United States; that is, conspiracy to distribute and possess with intent to distribute and distribution and possession with intent to distribute a controlled substance.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), and (ii) and Section 2.

## COUNT 8
### (Possession of a Stolen Firearm)
### (Jimmy Ortiz-Rivera)

**THE GRAND JURY FURTHER CHARGES THAT:**

Beginning at a time unknown to the Grand Jury and continuing through on or about November 7, 2006, in Lancaster County, Dauphin County, York County, Lebanon County, within the Middle District of Pennsylvania and elsewhere, the defendant, **JIMMY ORTIZ-RIVERA**, and others known and unknown to the Grand Jury, aided and abetted by each other, knowingly possessed, received, and concealed a stolen firearm; to wit, a 9mm Ultra Star semi-automatic handgun, serial number 2125487, and ammunition, which had moved in interstate commerce, knowing and having reasonable cause to believe said firearm was stolen.

All in violation of Title 18, United States Code, Section 922(j) and Section 2.

A TRUE BILL

_____
Grand Jury Foreperson

*Thomas A. Marino*
THOMAS A. MARINO
United States Attorney
Dated: 1-11-2007