*OFFICE OF THE CLERK*

UNITED STATES DISTRICT COURT

*for the*

MIDDLE DISTRICT of PENNSYLVANIA

*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
*Clerk of Court*

(570) 207-5600  FAX (570) 207-5650
*Internet address: www.pamd.uscourts.gov*

**NOVEMBER 27, 2012**

*Divisional Offices*

Harrisburg:  *(717) 221-3920*
Williamsport: *(570) 323-6380*

Clerk of Court
US District Court
401 W Washington St.
Room 130
Phoenix, AZ 85003

FILED SCRANTON
NOV 27 2012
PER ____ DEPUTY CLERK

RE: 1:06-CR-199
    USA  v.  James Brown

Dear Clerk of Court,

Pursuant to the Order Transferring Jurisdiction, I am enclosing a copy of the following:

1. Transfer Order
2. Indictment
3. Plea Agreement
4. Judgment & Commitment
5. Docket Sheet

All of these documents correspond to the above mentioned defendant. **THE DEFENDANT DOES/ DOES NOT APPEAR TO HAVE OUTSTANDING FINANCIAL OBLIGATIONS.** If you have any questions regarding this matter do not hesitate to contact me at: 570-207-5672.

Thank you for your assistance in this matter.

Sincerely,
MARY  E. D'ANDREA, CLERK

cc: Probation
    US Marshal
    US Attorney

By: _____
    Deputy Clerk

| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 06cr00199-008 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR 12-5016 1 DGC |

FILED ___ LODGED
RECEIVED ___ COPY
NOV 0 1 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: JAMES BROWN | DISTRICT Middle District Of Pennsylvania | DIVISION Scranton |
|---|---|---|
| | NAME OF SENTENCING JUDGE Christopher C. Conner | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/3/2012 — TO 8/2/2015 |

**OFFENSE**

21 U.S.C. § 846 Conspiracy to Manufacture, Distribute, and Possess With Intent to Manufacture and Distribute Cocaine.
21 U.S.C. § 853(p) Criminal Forfeiture.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE DISTRICT OF PENNSYLVANIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF ARIZONA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/10/12
Date

Christopher C. Conner
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/31/12
Effective Date

United States District Judge